# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| T-REX PROPERTY AB, | § § | |
| v. | § § | Case No. 6:16-cv-927-RWS-KNM |
| REGAL ENTERTAINMENT GROUP. | § § § | Lead Case |

| | | |
|---|---|---|
| T-REX PROPERTY AB, | § § | |
| v. | § § | |
| CLEAR CHANNNEL OUTDOOR HOLDINGS, INC; CLEAR TV MEDIA USA, INC.; AND MONSTER VISION, LLC D/B/A/ MONSTER MEDIA. | § § § § § | Case No. 6:16-cv-974-RWS-KNM |

| | | |
|---|---|---|
| T-REX PROPERTY AB, | § § | |
| v. | § § | Case No. 6:16-cv-1029-RWS-KNM |
| AMC ENTERTAINMENT HOLDINGS, INC. | § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendations regarding Defendants' Motions to Dismiss in each of the above-captioned cases, has been presented for consideration. The Report and Recommendation (Case No. 6:16-CV-927 at Docket No. 83), filed on August 31, 2017, recommended that Defendant AMC Entertainment Holdings, Inc.'s Motion to Dismiss (Case No. 6:16-CV-1029 at Docket No. 30) be granted-in-part and denied-in-part. It also recommended that Defendants Regal Entertainment

Group's and Clear Channel Outdoor Holdings, Inc.'s Motions to Dismiss (Case No. 6:16-CV-927 at Docket No. 43; Case No. 6:16-CV-974 at Docket No. 11) be denied. Neither party filed written objections.

The motions to dismiss regarding 35 U.S.C. § 101 were appropriately denied. Case No. 6:16-CV-927, Docket No. 83 at 14. Regarding 35 U.S.C. § 284, Plaintiff raised a plausible inference that Defendant Regal engaged in willful infringement. As to Defendant AMC, the Magistrate Judge appropriately granted Plaintiff leave to amend its Complaint. Case No. 6:16-CV-927, Docket No. 83 at 19. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is

**ORDERED** that Defendant AMC Entertainment Holdings, Inc.'s Motion to Dismiss (Case No. 6:16-CV-1029 at Docket No. 30) is **GRANTED-IN-PART** and **DENIED-IN-PART.**

It is further **ORDERED** that Defendants Regal Entertainment Group's and Clear Channel Outdoor Holdings, Inc.'s Motions to Dismiss (Case No. 6:16-CV-927 at Docket No. 43; Case No. 6:16-CV-974 at Docket No. 11) are **DENIED**.

**SIGNED this 22nd day of September, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE